## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY STROUD, | |
| Plaintiff, | CIVIL ACTION NO. 4:24-CV-00610 |
| v. | (SAPORITO, J.) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

AND NOW, this 12th day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion for summary judgment (Doc. 22) filed by the United States of America is **DENIED**.

Dated: June 12, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge